# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, before the **Honorable KARI A. DOOLEY, United States District Judge, on August 3, 2022 at 2:00 p.m.**

AUSA DAVID E. NOVICK
ANTITRUST DIV. NY OFFICE ASSISTANT CHIEF EYITAYO ST. MATTHEW-DANIEL

**Waiver and Guilty Plea**

UNITED STATES

v.

John Doe

(Audrey A. Felsen, Esq.)

**Docket No. 3:22CR_____(KAD)__**

**COUNT ONE**
15 U.S.C. § 1
(Conspiracy to Restrain Trade)

PENALTIES
Fine: Maximum $100 million / Twice gross gain or loss
Probation: Maximum 5 years
Special Assessment: $400

**COUNT TWO**
18 U.S.C. § 1349
(Conspiracy to Commit Wire Fraud)

PENALTIES
Fine: Maximum $500,000 / Twice gross gain or loss
Probation: Maximum 5 years
Special Assessment: $400

To:    Honorable Kari A. Dooley, USDJ

cc:    U. S. Attorney's Office – Bridgeport
       U. S. Marshal's Office – Bridgeport - *via email*
       U. S. Clerk's Office – Kristen Gould, Courtroom Deputy - *via email*
       U. S. Probation Office – Bridgeport- *via email*
       Audrey A. Felsen, Esq. (Counsel for Defendant) - *via email*