UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| | ) | |
| v. | ) | Case Number: **3:22-CR-00156-KAD** |
| | ) | USM Number: N/A |
| **BC FLYNN CONTRACTING CORP.** | ) | |
| | ) | **David E. Novick, Philip D Andriole** |
| | ) | Assistant United States Attorney |
| | ) | |
| | ) | **Audrey A. Felsen** |
| | ) | Defendant's Attorney |

**THE DEFENDANT:** plead guilty to Counts One and Two of the Information.

Accordingly, the defendant is adjudicated guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 15 U.S.C. § 1 | Conspiracy To Restrain Trade | March 2018 | 1 |
| 18 U.S.C. § 1349 | Conspiracy To Commit Wire Fraud | March 2018 | 2 |

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

No term of probation is imposed.

**CRIMINAL MONETARY PENALTIES**

The defendant must pay the total criminal monetary penalties under the schedule of payments (as follows) or (as noted on the restitution order).

| **Special Assessment:** | $800.00 due in full on or before November 28, 2022 |
|---|---|
| **Fine:** | $300,000.00 due in full on or before November 28, 2022 |
| **Restitution:** | $1,062,155.00 due in full on or before January 30, 2023 |

It is further ordered that the defendant will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are paid.

DEFENDANT: BC FLYNN CONTRACTING CORP.
CASE NUMBER:3:22-CR-00156-KAD(01)

**November 21, 2022**
Date of Imposition of Judgment

*Signature of Judge*

**KARI A. DOOLEY**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**11/21/2022**
Date

DEFENDANT: BC FLYNN CONTRACTING CORP.
CASE NUMBER:3:22-CR-00156-KAD(01)

CERTIFIED AS A TRUE COPY ON THIS DATE: _____
By: _____
    Deputy Clerk

Judgment received by U.S. Marshal at _____ on _____.

Lawrence Bobnick
Acting United States Marshal

By _____
    Deputy Marshal